## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THEODORE JOHNSON, | § | No. 582, 2015 |
| Defendant-Below, Appellant, | § § § § | |
| v. | § § | Court Below - Superior Court of the State of Delaware |
| STATE OF DELAWARE, | § § § | ID. No. 1210020252 |
| Plaintiff-Below, Appellee. | § § § | |

Submitted May 18, 2016
Decided: May 26, 2016

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## ORDER

This 26th day of May 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated September 28, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice